IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-154-FL

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )     **DEFAULT JUDGMENT**
        v.                         )
                                   )
$55,026.65 IN U. S. CURRENCY,      )
                                   )
            Defendant.             )

    This matter is before the Court on Plaintiff's Motion for
Default Judgment.  It appearing that a copy of the Complaint
herein was served upon the record owner of the defendant and that
publication has been duly made, in accordance with Supplemental
Rule G(4), and, thus, that due notice was given accordingly, the
Court finds that:

    1.  Process was duly issued in this cause and the defendant
were duly seized by the United States Marshal pursuant to said
process;

    2.  No entitled persons have filed any claim to the
defendant nor answer regarding them within the time fixed by law;
and

    3.  The well-plead allegations of the Complaint in respect
to the defendant are taken as admitted, as no one has appeared to
deny the same.

    Based upon the above findings, it is hereby

    ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Marshal Service is hereby directed to dispose of the defendant according to law.

SO ORDERED this 13th day of December, 2011.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE